

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Marilyn Hanks,                      * From the 29th District Court
                                        of Palo Pinto County,
                                        Trial Court No. C48039.

Vs. No. 11-18-00112-CV            * September 27, 2018

City of Mineral Wells,               * Per Curiam Memorandum Opinion
                                        (Panel consists of: Bailey, C.J.,
                                        Willson, J., and Wright, S.C.J.,
                                        sitting by assignment)
                                        (Willson, J., not participating)

This court has considered Marilyn Hanks's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Marilyn Hanks.